Norman J. HENDRICK

v.

STATE (two cases).

Nos. 28317, 28318.

Court of Criminal Appeals of Texas.

April 11, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Robbery by assault is the offense; the punishment, five years in the penitentiary.

Accompanying the record is the affidavit of appellant requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.